IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | **NO. 18-290-1** |
| **DAVID SOMMERS** | | |

**O R D E R**

**AND NOW**, this 11th day of September, 2018, upon consideration of the "Defendant's Motion for Continuance of September 11, 2018 Trial Date" (Doc. #15), the Court finds, pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B) that (1) the above action cannot proceed to trial and must be continued because the failure to grant the continuance would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice; and therefore, (2) the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is hereby **ORDERED** that the trial in this matter is **CONTINUED** to **Tuesday, December 11, 2018 at 10:00 a.m.**

The period from the date of this order to the next trial date shall be **EXCLUDED** from all computations of time under the Speedy Trial Act, 18 U.S.C. §§ 3161 and 3164.

BY THE COURT:

S/MITCHELL S. GOLDBERG
**MITCHELL S. GOLDBERG**
**United States District Judge**