## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Date of |
| | : | Notice: 5/20/2019 |
| v. | : | |
| | : | |
| **DAVID SOMMERS** | | |
| **(on bail)** | : | Criminal No. **2018-290-1** |

**TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Thursday, August 29, 2019** at 10:**00 a.m**. before the Honorable **A n i t a   B .  B r o d y**, in **courtroom 7-B, 7th floor**.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

**Counsel are instructed to send a copy to the Judge of all submissions made to the Probation Office as objections to the presentence report.**

☐INTERPRETER REQUIRED
{XX} THIS PROCEEDING HAS BEEN RESCHEDULED FROM: **Monday, July 1, 2019** at **2:00 p.m**

Very truly yours,

*S/James F. G. Scheidt*

Mr. James F.G. Scheidt
Deputy Clerk to Judge Anita B. Brody
267-299-7439

Notice to:
 Defendant **David Sommers**
 Defense Counsel **Louis R. Busico &
 Steven M. Jones**
 A.U.S.A.s **Joan E. Burnes &  Ryan C.
 Connors**
 U.S. Marshal
 **Brian Piskai**, Probation Officer
 Pretrial Services – **Brittney
 Brooks**
 **Crystal Wardlaw**                    Cr 4 (rev. 8/97)