IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No. 0313 2:18-CR-00290-001 |
| v. | : |
| DAVID SOMMERS | : Attorney I.D. No. 52595 |

### DEFENDANT'S MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO SENTENCING MEMORANDUM

On August 20, 2019, the Defendant filed a Sentencing Memorandum with attached exhibits which have been docketed as Document 42. These exhibits contained tax returns with unredacted personal information.

For this reason, Defendant respectfully requests the Court issue an Order permitting the filing under seal of the unredacted documents attached as Exhibit A to the Defendant's Sentencing Memorandum.

Respectfully Submitted,

_____
Louis R. Busico, Esquire
*Attorney for Defendant, David Sommers*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No. 0313 2:18-CR-00290-001 |
| v. | : |
| DAVID SOMMERS | : Attorney I.D. No. 52595 |

### CERTIFICATE OF SERVICE

I, Louis R. Busico, hereby state that a true and correct copy of the Defendant's Motion to File Under Seal was sent to the parties below on **Tuesday, August 20, 2019** via ECF and email:

james_scheidt@paed.uscourts.gov
Honorable Anita B. Brody, U.S.D.J.
U.S.D.C. for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Ryan.Connors@usdoj.gov
Mr. Ryan C. Connors, Esquire
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Suite 2808
Washington, DC 20579

Joan.Burnes@usdoj.gov
Ms. Joan E. Burnes, Esquire
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Brian_Piskai@paep.uscourts.gov
Mr. Brian B. Poskai
United States Probation Officer
600 Arch Street, Suite 2400
Philadelphia, PA 19106

sjones@begleycarlin.com
Mr. Steven M. Jones, Esquire
680 Middletown Boulevard
Langhorne, PA 29047

_____
Louis R. Busico, Esquire
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No. 0313 2:18-CR-00290-001 |
| v. | : |
| DAVID SOMMERS | : Attorney I.D. No. 52595 |

## ORDER

This matter comes before the Court on the Defendant's Motion to File Under Seal the Exhibits attached to his Sentencing Memorandum filed on August 20, 2019. Upon consideration of the Defendant's Motion, and the entire record of this case, it is hereby ORDERED that the Motion is GRANTED.

                                                                Honorable Anita B. Brody
                                                                United States District Judge
                                                                United States District Court for the
                                                                Eastern District of Pennsylvania