IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OFAMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID SOMMERS | : | NO. 2018-290-1 |

## ORDER

AND NOW, this __3ʳᵈ__ day of September, 2019, it is ordered that the defendant's self-surrender date of Monday, October 14, 2019 for serving his sentence is extended to Tuesday, October 15, 2019.

_____
Hon. Anita B. Brody, J.

XC: U.S. Probation Office
    U.S. Pretrial Services
    U.S. Marshals Service
    Regional Counsel, B.O.P.

civil-o.frm (9/97)

Copies ecmf _____ to:          Copies mailed  09-03-2019 to:
                                      David Sommers, Acft.